2 So.2d 459

### Coleman GRAY v. STATE.

8 Div. 121.

Supreme Court of Alabama.

May 15, 1941.

Rehearing Denied June 5, 1941.

Smith & Eubanks, of Decatur, for petitioner.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Coleman Gray for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Gray v. State, 2 So.2d 459.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.